UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AIRIS INTERNATIONAL HOLDINGS, LLC, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-14-3525 |
| DANIEL NATHAN WEST, *et al.*, | § § § | |
| *Defendants*. | § § | |

### ORDER

This cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on December 30, 2016.

_____
Gray H. Miller
United States District Judge